IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| MATTHEW JONES, | : | Case No. 1:23-cv-794 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| v. | : | |
| OHIO STATE HIGHWAY PATROL, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)**

This action is before the Court upon the Report and Recommendation (Doc. 4) of United States Magistrate Judge Karen Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff filed Objections to the Report (Doc. 5). Thus, this matter is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon such review, the Court finds Plaintiff's Objections to be disjointed, frivolous, and unrelated to the legal conclusions reached in Magistrate Judge Litkovitz's Report. Plaintiff's Objections (Doc. 5) are accordingly **OVERRULED**.

The Court **ADOPTS** the Report and Recommendation (Doc. 4) in its entirety. The Court **ORDERS** the following:

1) The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §

1915(e)(2)(B);

2) Plaintiff is hereby warned that future frivolous or meritless case filings may result in sanctions or filing injunctions;

3) The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a), that any appeal of this Order would not be taken in good faith and that Plaintiff should be denied leave to appeal in forma pauperis; and

4) This matter is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND